**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00442-DME

RALPH GUGLIELMI,

      Movant,

v.

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE INSPECTOR GENERAL,

      Respondent.

---

**MEMORANDUM AND ORDER**

---

        This matter is before the Court on Movant Ralph Guglielmi's Motion for Order Pursuant

to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 (Doc. 1), which

he filed on February 21, 2012, pursuant to 12 U.S.C. § 3410.  Movant has received a Customer

Notice from his bank, Compass Bank, informing him that the Social Security Administration is

seeking his bank records.  Movant states that the records sought are not relevant to the law

enforcement inquiry stated in the Customer Notice, and seeks an order preventing the

Respondent from obtaining access to his financial records.

        Under 12 U.S.C. § 3410(a), a bank customer may file, in the appropriate district court, a

motion to quash an administrative summons or an application to enjoin a Government authority

from obtaining financial records.  Such motion must be made within ten days of the service or

fourteen days of the mailing of such a summons, and must be served upon the relevant

Government authority.  Id.   The motion must also be accompanied by a sworn statement or

affidavit from the customer in question, containing the reasons why the financial records sought are not relevant to the legitimate law enforcement inquiry stated by the Government.  Id.  If the Movant has complied with the requirements of 12 U.S.C. § 3410(a), the district court shall order the Government to respond, and may conduct additional proceedings as necessary, to resolve the matter within seven days of the Government's response.  Id. § 3410(b).

Although Movant has provided the required sworn statement, Movant has not provided this Court with evidence that his motion is timely or that his motion has been served upon the Respondent.  Nor has Movant provided any information regarding the nature of the law enforcement inquiry in the Customer Notice he received.  The Court is thus unable to determine whether Movant has complied with 12 U.S.C. § 3410(a).

IT IS THEREFORE ORDERED THAT, no later than March 17, 2012, Movant supplement his motion by providing the Court with (1) a copy of the Customer Notice, (2) evidence of the date upon which the Customer Notice was mailed or served upon Movant, and (3) proof of service of Movant's motion upon the Respondent.  Failure timely to provide this documentation may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated this  7th  day of   March   , 2012.

BY THE COURT:

s/ David M. Ebel

_____

U. S. Circuit Court Judge